# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number:  2:05CR00256-01** |
| ) | |
| **Jorge GUZMAN** ) | |
| ) | |

### LEGAL HISTORY:

On July 19, 2004, the above-named was sentenced to 24 months in the custody of the Bureau of Prisons to be followed by a term of Supervised Release for a period of four years, which commenced on February 17, 2006. Special conditions included a requirement for Financial restrictions and Financial disclosure. On June 15, 2006, conditions were modified to include Warrantless search and Drug/alcohol treatment program/testing.

Mr. Guzman is supervised in the Eastern District of California. Jurisdiction was transferred from the Central District of Utah on July 26, 2005.

### SUMMARY OF COMPLIANCE:

Jorge Guzman has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Jorge Guzman has derived maximum benefit from supervision and is not in need of continued supervision.

### RECOMMENDATION:

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

**RE:** Jorge GUZMAN
Docket Number:   2:05CR00256-01
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**


Respectfully submitted,


/s/ Rafael G. Loya
**RAFAEL G. LOYA**
**Senior United States Probation Officer**

Dated:       July 18, 2007
             Elk Grove, California
             RGL:cj

**REVIEWED BY:**      /s/ Deborah A. Spencer
             **DEBORAH A. SPENCER**
             **Supervising United States Probation Officer**


cc:    AUSA Pending assignment (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:05CR00256-01** |
| ) | |
| **Jorge GUZMAN** ) | |

On February 17, 2006, the above-named was placed on Supervised Release for a period of four (4) years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Rafael G. Loya
**RAFAEL G. LOYA
Senior United States Probation Officer**

Dated:   July 18, 2007
         Elk Grove, California
         RGL:cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
                  **DEBORAH A. SPENCER
                  Supervising United States Probation Officer**

RE: **Jorge GUZMAN**
  **Docket Number:  2:05CR00256-01**
  **ORDER TERMINATING SUPERVISED RELEASE**
  **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Date: August 10, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office